COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| IN RE: | | |
| | § | No. 08-15-00126-CV |
| WAL-MART STORES, INC., | | |
| WAL-MART STORES TEXAS, L.P., | § | AN ORIGINAL PROCEEDING |
| WAL-MART ASSOCIATES, INC., AND | | |
| WAL-MART STORES TEXAS, LLC, | § | IN MANDAMUS |
| | | |
| Relator. | § | |
| | | |
| | § | |

## J U D G M E N T

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Luis Aguilar, Judge of the 243rd District Court of El Paso County, Texas, and conditionally grants relief, in accordance with the opinion of this court. Respondent is ordered to vacate the void contempt orders entered on March 26, 2015, April 2, 2015, and April 9, 2015, and to enter the necessary order to return to the Wal-Mart defendants the contempt fines they paid in satisfaction of the contempt orders.

The writ will issue only if the trial court fails to comply with this opinion.

All costs herein having been paid, no further order is made with respect thereto.

IT IS SO ORDERED THIS 14TH DAY OF DECEMBER, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.